Christopher W. Mixson, Esq. (Nev. Bar No. 10685)
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
5594-B Longley Ln.
Reno, NV 89511
(775) 853-6787
cmixson@wrslawyers.com

Allison N. Melton (CO Bar No. 45088), *pro hac vice application to be submitted*
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org

*Attorneys for Plaintiff*
*(additional counsel on signature page)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; | Case No. 2:19-cv-01915 |
| Plaintiffs, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for Plaintiff Center for Biological Diversity, certifies that the Center for Biological Diversity is a nonprofit organization that has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Pursuant to LR 7.1-1, the undersigned, counsel for Plaintiff Center for Biological Diversity, certifies that the following may have an interest in the outcome of this case: **Ioneer Corporation**, and **Paradigm Minerals USA Corporation**, which were authorized by the United States Bureau of Land Management to conduct the mineral exploration activities at issue in this case.

Dated October 30, 2019            Respectfully submitted,

*/s/ Christopher W. Mixson*
Christopher W. Mixson, Esq. (Nev. Bar No. 10685)
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
5594-B Longley Ln.
Reno, NV 89511
(775) 853-6787
cmixson@wrslawyers.com

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org
(*pro hac vice application to be submitted*)

Marc D. Fink (MN Bar # 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
(218) 464-0539
mfink@biologicaldiversity.org
(*pro hac vice application to be submitted*)

Roger Flynn (CO Bar # 21078)
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(303) 823-5738
wmap@igc.org
(*pro hac vice application to be submitted*)

*Attorneys for Plaintiff*