JEAN E. WILLIAMS
Acting Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0420
Fax: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, et al, <br><br> Defendants. | Case No. 2:19-cv-01915-GMN-EJY <br><br> **STIPULATED AGREEMENT AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION; AND [PROPOSED] ORDER** |

Plaintiff Center for Biological Diversity ("the Center"), Federal Defendant United States Bureau of Land Management ("BLM"), and Prospective Intervenor ioneer USA Corporation ("ioneer") agree and stipulate as follows:

**WHEREAS**, ioneer has represented that it will not conduct any additional ground disturbing activities pursuant to the Rhyolite Ridge Exploration Project (Notice NVN-097202) or the South Infill Exploration Project (Notice NVN-097262) for the next 35 days, from November 5, 2019 to December 10, 2019.

1

**WHEREAS**, ioneer represents the only activities that will be conducted by ioneer during the next 35 days will be continued work on two water bores that are already in place.[1] During the course of conducting these activities, ioneer will continue to comply with the existing requirements of the Notices NVN-097202, and NVN-097262 and any applicable statues and regulations.

**WHEREAS**, the Center represents that it will not file a motion for a temporary restraining order during the next 35 days.

**WHEREAS**, the Center represents that it will not oppose a motion to intervene in this case by ioneer.

**THEREFORE**, the Parties agree and stipulate:

1. The Center will file its motion for a preliminary injunction, and all supporting materials, on or before November 5, 2019.
2. The BLM and ioneer (if granted intervention) will file their responses to the Center's motion for a preliminary injunction on or before November 19, 2019.
3. The Center will file its reply brief on or before November 26, 2019.
4. The Parties respectfully request that the Court set an argument date on the Center's motion for a preliminary injunction as early thereafter as possible.
5. If ioneer decides to proceed with additional ground disturbing activities after the 35-day period but prior to the Court's resolution of the Center's motion for a preliminary

---

[1] In agreeing that this activity may proceed for the purpose of this agreement, the Center is not agreeing or admitting that this activity has been lawfully allowed or authorized by BLM, and BLM and ioneer neither admit nor deny the allegations in Plaintiffs' Complaint for Declaratory and Injunctive Relief, *see* ECF No. 1.

injunction, the Center will likely file a motion for a temporary restraining order at that time.

Dated: November 5, 2019.

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
Trial Attorney

*Counsel for Federal Defendants*

*/s/ Christopher W. Mixson*
Christopher W. Mixson, Esq. (Nev. Bar No. 10685)
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
5594-B Longley Ln.
Reno, NV 89511
(775) 853-6787
cmixson@wrslawyers.com

*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 6, 2019

3