E. LEIF REID
Nevada Bar No. 5750
LReid@LRRC.com
JOSH M. REID
Nevada Bar No. 7497
JReid@LRRC.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

SVEND A. BRANDT-ERICHSEN
Admitted Pro Hac Vice
sbrandterichsen@nossaman.com
NOSSAMAN LLP
719 Second Avenue
Suite 1200
Seattle, WA 98104
Telephone: (206) 395-7630

*Attorneys for Intervenor
Ioneer USA Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Case No.: 2:19-cv-01915-GMN-EJY <br><br> **STIPULATED AGREEMENT AND EXTENSION OF DEADLINES [ECF NO. 13]** <br> **(FIRST REQUEST)** |

Plaintiff Center for Biological Diversity ("the Center"), Federal Defendant United States Bureau of Land Management ("BLM"), and Prospective Intervenor Ioneer USA Corporation ("Ioneer") (collectively the "Parties") agree and stipulate as follows:

**WHEREAS**, Ioneer filed an Unopposed Motion to Intervene [ECF No. 11] on November 5, 2019.

**WHEREAS**, the Parties previously submitted a Stipulated Agreement and Briefing Schedule for Motion for Preliminary Injunction and [Proposed] Order [ECF No. 9], whereby: (1)

109750315.5

Ioneer represented it would not conduct any additional ground disturbing activities pursuant to the Rhyolite Ridge Exploration Project (Notice NVN-097202) or the South Infill Exploration Project (Notice NVN-097262) for the next 35 days, from November 5, 2019 to December 10, 2019; (2) Ioneer represented the only activities that will be conducted by Ioneer during those next 35 days would be continued work on two water bores that are already in place and during the course of conducting those activities, Ioneer would continue to comply with the existing requirements of the Notices NVN-097202, and NVN-097262 and any applicable statues and regulations; (3) the Center represented that it would not file a motion for a temporary restraining order during the same time period; and (4) the Center represented it would not oppose a motion to intervene in this case by Ioneer. The agreement further provided a briefing schedule such that the Center would file its motion for a preliminary injunction on or before November 5, 2019, the BLM and Ioneer would file their responses on or before November 19, 2019, and the Center would file its reply on or before November 26, 2019.

**WHEREAS,** the Parties agree to an extension of the previous deadlines [ECF No. 13], such that Ioneer represents it will not conduct any additional ground disturbing activities pursuant to the Rhyolite Ridge Exploration Project (Notice NVN-097202) or the South Infill Exploration Project (Notice NVN-097262), from November 5, 2019 to January 10, 2020;

**WHEREAS,** Ioneer represents the only activities that will be conducted by Ioneer during this November 15, 2019, to January 10, 2020, time period, will be continued work on two water bores that are already in place. During the course of conducting these activities, Ioneer will continue to comply with the existing requirements of the Notices NVN-097202, and NVN-097262 and any applicable statues and regulations.

**WHEREAS**, the Center represents that it will not file a motion for a temporary restraining order during this November 15, 2019, to January 10, 2020, time period.

**THEREFORE**, the Parties agree and stipulate:

1. The BLM and Ioneer (if granted intervention) will file their responses to the Center's motion for a preliminary injunction on or before December 3, 2019.

2. The Center will file its reply brief on or before December 17, 2019.

2

109750315.5

3. The Parties respectfully request that the Court set an argument date on the Center's motion for a preliminary injunction as early thereafter as possible.

4. If Ioneer decides to proceed with additional ground disturbing activities after the November 15, 2019, to January 10, 2020, time period but prior to the Court's resolution of the Center's motion for a preliminary injunction, the Center will likely file a motion for a temporary restraining order at that time.

DATED this 15th day of November, 2019.

| | |
|---|---|
| /s/ E. Leif Reid<br>E. LEIF REID<br>Nevada Bar No. 5750<br>JOSH M. REID<br>Nevada Bar No. 7497<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br><br>SVEND A. BRANDT-ERICHSEN<br>Admitted Pro Hac Vice<br>NOSSAMAN LLP<br>719 Second Avenue, Suite 1200<br>Seattle, WA 98104<br><br>*Counsel for Intervenor*<br>*Ioneer USA Corporation* | /s/ Michelle-Ann Williams<br>JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>MICHELLE-ANN C. WILLIAMS<br>Trial Attorney (MD Bar)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br><br>*Counsel for Federal Defendants* |

/s/ Allison N. Melton
Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org
(admitted pro hac vice)

*Counsel for Plaintiff*

IT IS SO ORDERED:

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2019

3

109750315.5