Christopher W. Mixson, Esq. (Nev. Bar No. 10685)
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
5594-B Longley Ln.
Reno, NV 89511
P: (775) 853-6787
cmixson@wrslawyers.com

Allison N. Melton (CO Bar No. 45088), *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
P: (970) 309-2008
amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMTNT,<br>            Defendant. | Case No.: 2:19-cv-01915-GMN-EJY<br><br>PROOF OF SERVICE |

I, Elise Ferguson, hereby state that:

1. On October 31, 2019, I sent via United States Certified Mail, return receipt requested, a copy of the Summons and a copy of the Complaint, in the above captioned case pursuant to Rule 4(i) of the Federal Rules of Civil Procedure to the following:

    William Barr
    United States Attorney General
    U.S. Department of Justice

950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

United States Bureau of Land Management
1849 C Street NW, Room 5665
Washington, D.C. 20240

Civil Process Clerk
U.S. Attorney's Office for District of Nevada
501 Las Vegas Boulevard South, Ste. 1100
Las Vegas, NV 89101

2. Accompanying the Summons and Complaint in this matter, copies of the following documents were also served to the addresses listed above:

   a. Civil Cover Sheet;

   b. Certificate of Interested Parties;

   c. Summons; and

   d. Executed Summons

3. On November 4, 2019, I received the return receipt for the certified mail indicating delivery of the above described documents to the U.S. Attorney's Office for District of Nevada.  On this same day I also received delivery confirmation for the certified mail indicating delivery of the above described documents to the United States Bureau of Land Management.

4. On November 7, 2019, I received the return receipt for the certified mail indicating delivery of the above described documents to the United States Attorney General William Barr.

5. Certified mail receipts, delivery confirmation, and return receipts from the United States Postal Service acknowledging service are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2019.

            */s/ Elise Ferguson*
            Elise Ferguson
            Center for Biological Diversity
            1212 Broadway, Ste. 800
            Oakland, CA 94612

## **CERTIFICATE OF SERVICE**

I, Allison N. Melton, hereby certify that on this 21st day of November 2019, a true and correct copy of **PLAINTIFF'S PROOF OF SERVICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

            */s/Allison N. Melton*
            Allison N. Melton
            CO Bar No. 45088 (*admitted pro hac vice*)
            Center for Biological Diversity
            P.O. Box 3024
            Crested Butte, CO 81224
            P: (970) 309-2008
            amelton@biologicaldiversity.org