JEAN E. WILLIAMS
Deputy Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0420
Fax: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No.: 2:19-cv-01915-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATED AGREEMENT AND SECOND EXTENSION OF DEADLINES [ECF NO. 18] TO FACILITATE SETTLEMENT DISCUSSIONS** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| Defendant, | |
| and | |
| IONEER USA CORPORATION, | |
| Defendant-Intervenor. | |

Plaintiff Center for Biological Diversity ("the Center"), Federal Defendant United States Bureau of Land Management ("BLM"), and Defendant-Intervenor Ioneer USA Corporation ("Ioneer") (collectively the "Parties") agree and stipulate as follows:

**WHEREAS**, the Parties previously submitted a Stipulated Agreement and Briefing Schedule for Motion for Preliminary Injunction and [Proposed] Order [ECF No. 9], whereby: (1) Ioneer represented it would not conduct any additional ground disturbing activities pursuant to the Rhyolite Ridge Exploration Project (Notice NVN-097202) or the South Infill Exploration Project (Notice NVN-097262) for the next 35 days, from November 5, 2019 to December 10, 2019; (2) Ioneer represented the only activities that will be conducted by Ioneer during those next 35 days

1

would be continued work on two water bores that are already in place and during the course of conducting those activities, Ioneer would continue to comply with the existing requirements of the Notices NVN-097202, and NVN-097262 and any applicable statues and regulations; (3) the Center represented that it would not file a motion for a temporary restraining order during the same time period; and (4) the Center represented it would not oppose a motion to intervene in this case by Ioneer. The agreement further provided a briefing schedule such that the Center would file its motion for a preliminary injunction on or before November 5, 2019, the BLM and Ioneer would file their responses on or before November 19, 2019, and the Center would file its reply on or before November 26, 2019.

**WHEREAS,** the Parties previously agreed to an extension of the previous deadlines [ECF No. 18], such that Ioneer represented that it would not conduct any additional ground disturbing activities pursuant to the Rhyolite Ridge Exploration Project (Notice NVN-097202) or the South Infill Exploration Project (Notice NVN-097262), from November 5, 2019 to January 10, 2020; that the only activities that will be conducted by Ioneer during this November 15, 2019, to January 10, 2020, time period, will be continued work on two water bores that are already in place; that during the course of conducting these activities, Ioneer will continue to comply with the existing requirements of the Notices NVN-097202, and NVN-097262 and any applicable statues and regulations; and that the Center would not file a motion for a temporary restraining order during this November 15, 2019, to January 10, 2020, time period.

**WHEREAS**, the Parties seek a second extension of the briefing deadline [ECF No. 18], to facilitate settlement discussions that would serve the interests of preserving judicial and the parties' resources.

**THEREFORE**, the Parties agree and stipulate:

1.      If the Parties are unable to reach a settlement in principle, BLM and Ioneer will file their responses to the Center's motion for a preliminary injunction on or before December 6, 2019.

2.      The Center will file its reply brief on or before December 20, 2019.

3. The Parties respectfully request that the Court set an argument date on the Center's motion for a preliminary injunction as early thereafter as possible.

4. If Ioneer decides to proceed with additional ground disturbing activities after the November 15, 2019, to January 10, 2020, time period but prior to the Court's resolution of the Center's motion for a preliminary injunction, the Center will likely file a motion for a temporary restraining order at that time.

DATED this 2nd day of December, 2019.

 /s/ E. Leif Reid
E. LEIF REID
Nevada Bar No. 5750
JOSH M. REID
Nevada Bar No. 7497
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169

SVEND A. BRANDT-ERICHSEN
Admitted Pro Hac Vice
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
*Counsel for Intervenor*
*Ioneer USA Corporation*


/s/ Allison N. Melton
Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org
(admitted pro hac vice)
*Counsel for Plaintiff*

 /s/ Michelle-Ann C. Williams
JEAN E. WILLIAMS
Deputy Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

*Counsel for Federal Defendants*


**IT IS SO ORDERED.**

Dated this __3__ day of December, 2019.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3