# EXHIBIT C

# EXHIBIT C

# Notice

### South Infill Exploration Project

### October 1, 2018

Paradigm Minerals USA Corp. (PMU) intends to conduct exploration activities at the South Infill Exploration Project (Project) located in Section 34, Township 1 South, Range 37 East (T1S, R37E), and Section 3, T2S, R37E, Mount Diablo Base and Meridian in Esmeralda County, Nevada (Project Area). PMU met with the Bureau of Land Management Tonopah Field Office (BLM) in late September 2018. The BLM suggested PMU (1) close the South Lithium Basin Notice NVN-095045 and (2) submit a new Notice to include portions of surface disturbance previously approved under NVN-095045, which PMU wants to keep active, and new locations of planned surface disturbance. PMU has followed the suggested approach outlined by the BLM regarding the closure of Notice NVN-095045. Under this Notice, PMU plans to incorporate and keep active 2.01 acres of as-built surface disturbance approved under Notice NVN-095045 in addition to 2.23 acres of planned new locations of surface disturbance for a total of **4.24 acres**. The locations of authorized as-built surface disturbance and planned new locations of surface disturbance are shown on Figure 1, Appendix 1. Figure 2 shows the total as-built surface disturbance conducted at the South Lithium Basin Project which are being requested for release to close NVN-095945. PMU files this Notice pursuant to the provisions of 43 Code of Federal Regulations (CFR) 3809.21 and 3809.301.

1. Name of Operator:                      Paradigm Minerals USA Corp.

    Name of Corporate Contact:   Matt Weaver, Senior Vice President

    Mailing Address:                     Paradigm Minerals USA Corp.
                                                    241 Ridge Street, Suite 210
                                                    Reno, Nevada 89501

    Tax Identification Number:      98-0594815

    Owners of Mining Claims:        Paradigm Minerals Arizona Corp.
                                                    241 Ridge Street, Suite 210
                                                    Reno, Nevada 89501

2. Bureau of Land Management Serial Numbers and Names of Claims on Which Disturbance will Occur:

| Claim Name | NMC Number | Claim Name | NMC Number |
|------------|------------|------------|------------|
| SLB 5 | NMC1117364 | SLB 17 | NMC1117376 |
| SLB 6 | NMC1117365 | SLB 18 | NMC1117377 |
| SLB 7 | NMC1117366 | SLB 19 | NMC1117378 |
| SLB 8 | NMC1117367 | SLB 20 | NMC1117379 |
| SLB 9 | NMC1117368 | SLB 23 | NMC1117382 |
| SLB 10 | NMC1117369 | SLB 24 | NMC1117383 |
| SLB 11 | NMC1117370 | SLB 26 | NMC1117385 |

| Claim Name | NMC Number | Claim Name | NMC Number |
|------------|------------|------------|------------|
| SLB 12 | NMC1117371 | SLB 28 | NMC1117387 |
| SLB 13 | NMC1117372 | SLB 30 | NMC1117389 |
| SLB 14 | NMC1117373 | SLB 32 | NMC1117391 |
| SLB 15 | NMC1117374 | SLB 33 | NMC1117392 |
| SLB 16 | NMC1117375 | SLB 38 | NMC1117397 |

3.    <u>Location of Proposed Activities</u>: The Project is located approximately 15 air miles from Dyer, Nevada (Figure 1), and can be reached from Fish Lake Valley by turning east from State Highway 264 on to the Mineral Ridge county road. The Project Area is located on the Baldy Peak 7 ½ minute United States Geological Survey (USGS) Quadrangle map. The location is shown on Figure 1, Appendix 1.

4.    <u>Existing Disturbance in the Project Area</u>: There are several existing tracks and trails located within the Project Area, as shown on Figure 1. PMU conducted approximately 2.01 acres of surface disturbance under the approved exploration activities under Notice NVN-095045, which are now included in this Notice.

5.    <u>Project Description</u>: PMU plans to conduct exploration drilling at the Project from up to 24 constructed drill sites accessed via existing travel routes and segments of constructed road. Approximately 2,844 linear feet of exploration roads will be constructed with the approximate running width of 12 feet. Drill sites will be constructed with an average working area of 50 feet long by 50 feet wide. Sumps approximately 20 feet long by ten feet wide by 6.75 feet deep will be excavated within the drill site disturbance to collect drill cuttings and manage fluids. PMU will construct one water bladder laydown area with the approximate dimensions of 61 feet long by 50 feet wide. PMU has developed two ground water monitoring wells within the surface disturbance of as-built drill sites constructed under Notice NVN-095045. The ground water monitoring wells were completed with four-inch diameter steel casing up to 250 feet deep. PMU's as-built and planned exploration activities are shown on Figure 1.

Exploration drilling will be conducted with a reverse-circulation (RC) rig to drill holes to a maximum depth of 1,000 feet. Water for the Project will be obtained by a private contractor. The drill crew and geologists will use 4-wheel drive vehicles to access the site. Support vehicles and equipment for the exploration drilling activities include pick-up trucks, pipe trucks, and water trucks.

The depth to the water table in the areas of proposed drilling is unknown; however, for the bond calculation assumptions, 100 feet below ground surface is assumed. If ground water is encountered, the hole will be plugged pursuant to Nevada Administrative Code (NAC) 534.420.

6.  Approximate Surface Disturbance: The following specifics apply to the Project:

    **As-Built Surface Disturbance Conducted under NVN-095045 to be included in the Notice**
    - Approximately 4,917 linear feet of constructed roads with disturbance width of 12 feet = **1.36 acres** and

    - Eight drill sites (including sumps) approximate dimensions of 61 feet long by 58 feet wide = **0.65 acre.**

    **Total As-Built Surface Disturbance Conducted under NVN-095045 to be included in the Notice = 2.01 acres**

    **Planned Surface Disturbance**

    - Approximately 2,844 linear feet of constructed roads with a running width of 12 feet = **0.78 acre;**

    - Twenty-four drill sites (including sumps) constructed with the approximate dimensions of 50 feet long by 50 feet wide = **1.38 acres**; and

    - One water bladder laydown area constructed with the approximate dimensions of 61 feet long by 50 feet wide = **0.07 acre.**

    **Total Planned Surface Disturbance = 2.23 acres**

    **Total As-Built (from Notice NVN-095045) and Planned Surface Disturbance = 4.24 acres**

7.  Schedule of Activities: PMU anticipates that Project activities will commence as early as October 2018. Reclamation activities will likely be completed in the Summer of 2020; however, revegetation activities are limited by the time of year during which they can be effectively implemented. Site conditions or yearly climatic variations may require that this schedule be modified to achieve revegetation success. Once a site or road is no longer needed for exploration, the site will be reclaimed.

8.  Measures Taken to Prevent Unnecessary or Undue Degradation: Operations will be conducted consistent with 43 CFR 3809.415 and 3809.420.

    - Existing access routes and constructed roads will be used.

    - Only nontoxic fluids will be used in the drilling process.

    - PMU will not knowingly disturb, alter, injure, or destroy any scientifically important paleontological deposits; or any historical or archaeological site, structure, building, or object. If PMU discovers any cultural or paleontological resource that might be altered or destroyed by operations, the discovery will be left intact and reported to the authorized BLM officer.

- Any survey monuments, witness corners, or reference monuments will be protected to the extent economically and technically feasible.

- Public safety will be maintained throughout the life of the Project. All equipment will be maintained in a safe and orderly manner.

- All solid wastes will be removed from the Project Area and disposed of in a state, federal, or local designated site.

- Hazardous substances utilized at the Project will include diesel fuel, gasoline, and lubricating grease. Approximately 100 gallons of diesel fuel and gasoline will be stored in fuel delivery systems on the drill rig and support vehicles. Approximately 50 pounds of lubricating grease will be stored on the drill rig or transported by drill trucks. In the event that hazardous or regulated materials were spilled, measures will be taken to control the spill and the BLM and the Nevada Division of Environmental Protection (NDEP) will be notified as required. Any hazardous substance spills will be cleaned immediately, and any resulting waste will be transferred off site in accordance with all applicable local, state, and federal regulations. Contract drillers will maintain spill kits on site for use in case of a spill.

- PMU will comply with all applicable state and federal fire laws and regulations and all reasonable measures will be taken to prevent and suppress fires in the Project Area.

- Best Management Practices (BMPs) for sediment control will be utilized during construction, operation, and reclamation to minimize sedimentation from disturbed areas. Sumps could include, but not be limited to, fabric or certified weed-free straw bale filter fences, siltation or filter berms, and downgradient drainage channels in order to prevent unnecessary or undue degradation to the environment.

- All drill holes will be plugged in accordance with NAC 534.4369 and 534.4371. If ground water is encountered, the hole will be plugged pursuant to NAC 534.420.

- All drill holes will be abandoned in accordance with the State of Nevada Regulations for Water Well and Related Drilling (NAC/NRS Chapter 534).

- All reasonable steps will be taken to minimize the introduction of noxious weeds and to limit the spread of any existing infestations.

9.  Reclamation: Reclamation will be completed to the standards described in 43 CFR 3809.420. Exploration roads and drill sites will be regraded to the natural contour and slope of the surrounding topography and to the pre-Project condition. All spoil piles from sediment trap construction will be stockpiled at drill site locations and recontoured at such time as the drill site will no longer be used. All earthwork will be completed with a Caterpillar Backhoe, or equivalent equipment. Reclamation of the piezometer/ground water monitoring wells will be cutting the casing to ground surface, plugging the drill hole with cement, and reclaiming the typical-sized drill pad and sump. The regraded and/or ripped areas will then be seeded with a BLM-approved seed mix, at the

appropriate time of year for optimum seed sprouting and plant growth. The seeding will be completed with a manual broadcaster and raked. The reclaimed surfaces will be left in a textured or rough condition (small humps, pits, etc.). The broadcast seed application rate will vary based on the shrub, forb, and grass species selected. Native seed will be used when available. Only certified weed-free seed will be used for reclamation seeding. Post-reclamation maintenance will consist of remedial dirt work and reseeding, if required.

Site monitoring for stability and revegetation success will be conducted once a year for at least three years, during the spring or fall, or until attainment of the revegetation standards established in the *Nevada Guidelines for Successful Revegetation for the Nevada Division of Environmental Protection, the Bureau of Land Management, and the USDA Forest Service* (Instruction Memorandum #NV 99-013).

10.  <u>Reclamation Cost Estimate</u>: The reclamation cost estimate (Appendix 2), as required by 43 CFR 3809.552, is attached to this Notice. The Standardized Reclamation Cost Estimator, Version 1.4.1, Build 017b including 2018 cost data, with the 2018 Mobilization/Demobilization worksheet was used to estimate reclamation costs for the Project.

The following assumptions have been made in calculating the reclamation cost estimate:

- Approximately 2.01 acres of as-built surface disturbance authorized under Notice NVN-095045 will be recontoured and seeded.

- Approximately 2,844 linear feet of road with a running width of 12 feet will be recontoured and seeded.

- Twenty-four constructed drill sites approximately at 50 feet long by 50 feet wide will be recontoured and seeded.

- One water bladder laydown area with the approximate dimensions of 61 feet long by 50 feet wide will be recontoured and seeded.

- Twenty-four constructed sumps, approximately 20 feet long by ten feet wide and 6.75 feet deep will be backfilled, recontoured, and seeded.

- Abandonment of two ground water monitoring wells with a casing diameter of four inches and average depth of 250 feet.

- A Caterpillar Backhoe, excavator, dozer, or equivalent equipment, will be used for all reclamation earthwork including recontouring and scarifying sumps. The disturbed area will be seeded by a manual broadcast method and raked.

- The total estimated reclamation cost for the total planned disturbance contained in this Notice is **$34,838.00**.

11.   <u>Signature Page</u>

**Paradigm Minerals USA Corp.**

By _____                    October 1, 2018
Matt Weaver, Senior Vice President                           Date

# Appendix 1
# Figures





# Appendix 2
# Reclamation Cost Estimate

**Closure Cost Estimate**
**Property Information**

**Enter Data Below in Green and Blue Spaces**

# STANDARDIZED RECLAMATION COST ESTIMATOR

**Version 1.4.1**
**Build 017b (revised to work with Excel 2016 - 24 Oct 2016)**
Approved for use in Nevada, August 1, 2012

**COST DATA FILE INFORMATION**

| | |
|---|---|
| File Name: | 3843I.South Infill Notice.RCE.V2.xlsm |
| Cost Data File: | SRCE_Cost_Data_File_1_12_Std_2018.xlsm |
| Cost Data Date: | August 1, 2018 |
| Cost Data Basis: | User Data |
| Author/Source: | Nevada Division of Environmental Protection (NDEP) & NV BLM |

Data Cost Units: Imperial

**PROJECT INFORMATION**

| | |
|---|---|
| Property/Mine Name: | South Infill  Notice |
| Project Name: | South Infill Notice |
| Date of Submittal: | October 2018 |
| Select One: | ⊙ Notice or Sm Exploration Plan   ○ Lg Exploration Plan   ○ Mine Operation |
| Select One: | ○ Private Land   ⊙ Public or Public/Private |
| Cost Estimate Type: | Surety |
| Cost Basis Category: | S. Nevada Notice Level |

Property Code:

Average Altitude: 6000 ft.

Clark, Esmeralda, Lincoln and Nye Counties

Cost Basis Description:

Copyright© 2004-2011
SRCE Software  All Rights Reserved

**Closure Cost Estimate**
**Cost Summary**

**Project Name: South Infill Notice**
**Project Date: October 2018**
**Model Version: Version 1.4.1**
**File Name: 3843I.South Infill Notice.RCE.V2.xlsm**

| A. Earthwork/Recontouring | Labor [1] | Equipment [2] | Materials | Total |
|---|---|---|---|---|
| Exploration | $1,698 | $3,329 | $739 | $5,766 |
| Exploration Roads & Drill Pads | $2,861 | $4,432 | $0 | $7,293 |
| Roads | $0 | $0 | $0 | $0 |
| Well Abandonment | $766 | $264 | $6 | $1,036 |
| Pits | $0 | $0 | N/A | $0 |
| Quarries & Borrow Areas | $0 | $0 | $0 | $0 |
| Underground Openings | $0 | $0 | $0 | $0 |
| Process Ponds | $0 | $0 | $0 | $0 |
| Heaps | $0 | $0 | $0 | $0 |
| Waste Rock Dumps | $0 | $0 | $0 | $0 |
| Landfills | $0 | $0 | $0 | $0 |
| Tailings | $0 | $0 | $0 | $0 |
| Foundation & Buildings Areas | $0 | $0 | $0 | $0 |
| Yards, Etc. | $0 | $0 | $0 | $0 |
| Drainage & Sediment Control | $0 | $0 | $0 | $0 |
| Generic Material Hauling | $0 | $0 | $0 | $0 |
| Other User Costs (from Other User sheet) | $0 | $0 | $0 | $0 |
| Other** | | | | $0 |
| Subtotal | $5,325 | $8,025 | $745 | $14,095 |
| | | | | |
| Mob/Demob if included in Other User sheet | $0 | $0 | $0 | $0 |
| Mob/Demob | $3,446 | $3,446 | | $6,892 |
| **Subtotal "A"** | **$8,771** | **$11,471** | **$745** | **$20,987** |

| B. Revegetation/Stabilization | Labor [1] | Equipment [2] | Materials | Total |
|---|---|---|---|---|
| Exploration | $0 | $0 | $0 | $0 |
| Exploration Roads & Drill Pads | $576 | $219 | $1,757 | $2,552 |
| Roads | $0 | $0 | $0 | $0 |
| Well Abandonment | | | | N/A |
| Pits | $0 | $0 | $0 | $0 |
| Quarries & Borrow Areas | $0 | $0 | $0 | $0 |
| Underground Openings | | | | N/A |
| Process Ponds | $0 | $0 | $0 | $0 |
| Heaps | $0 | $0 | $0 | $0 |
| Waste Rock Dumps | $0 | $0 | $0 | $0 |
| Landfills | $0 | $0 | $0 | $0 |
| Tailings | $0 | $0 | $0 | $0 |
| Foundation & Buildings Areas | $0 | $0 | $0 | $0 |
| Yards, Etc. | $0 | $0 | $0 | $0 |
| Drainage & Sediment Control | $0 | $0 | $0 | $0 |
| Generic Material Hauling | $0 | $0 | $0 | $0 |
| Other User Costs (from Other User sheet) | $0 | $0 | $0 | $0 |
| Other** | | | | $0 |
| **Subtotal "B"** | **$576** | **$219** | **$1,757** | **$2,552** |

| C. Detoxification/Water Treatment/Disposal of Wastes** | Labor [1] | Equipment [2] | Materials | Total |
|---|---|---|---|---|
| Process Ponds/Sludge | | | | $0 |
| Heaps | | | | $0 |
| Dumps (Waste & Landfill) | | | | $0 |
| Tailings | | | | $0 |
| Surplus Water Disposal | | | | $0 |
| Monitoring | | | | $0 |
| Miscellaneous | | | | $0 |
| Solid Waste - On Site | $0 | $0 | N/A | $0 |
| Solid Waste - Off Site | | | | $0 |
| Hazardous Materials | | | | $0 |
| Hydrocarbon Contaminated Soils | $0 | $0 | $0 | $0 |
| Other User Costs (from Other User sheet) | $0 | $0 | $0 | $0 |
| Other** | | | | $0 |
| **Subtotal "C"** | **$0** | **$0** | **$0** | **$0** |

| D.  Structure, Equipment and Facility Removal, and Misc. | Labor [1] | Equipment [2] | Materials | Total |
|---|---|---|---|---|
| Foundation & Buildings Areas | $0 | $0 | $0 | $0 |
| Other Demolition | $0 | $0 | $0 | $0 |
| Equipment Removal | $0 | $0 | $0 | $0 |
| Fence Removal | $0 | $0 | | $0 |
| Fence Installation | $0 | $0 | $0 | $0 |
| Culvert Removal | $0 | $0 | N/A | $0 |
| Pipe Removal | $0 | $0 | N/A | $0 |
| Powerline Removal | $0 | | | $0 |
| Transformer Removal | $0 | | | $0 |
| Rip-rap, rock lining, gabions | $0 | $0 | $0 | $0 |
| Other Misc. Costs | $0 | $0 | $0 | $0 |
| Other User Costs (from Other User sheet) | $0 | $0 | $0 | $0 |
| Other** | | | | $0 |
| **Subtotal "D"** | **$0** | **$0** | **$0** | **$0** |

| E.  Monitoring | Labor [1] | Equipment [2] | Materials | Total |
|---|---|---|---|---|
| Reclamation Monitoring and Maintenance | $4,148 | $503 | $176 | $4,827 |
| Ground and Surface Water Monitoring | $0 | $0 | $0 | $0 |
| Other User Costs (from Other User sheet) | $0 | $0 | $0 | $0 |
| **Subtotal "E"** | **$4,148** | **$503** | **$176** | **$4,827** |

| F.  Construction Management & Support | Labor | Equipment [2] | Materials | Total |
|---|---|---|---|---|
| Construction Management | $0 | $0 | N/A | $0 |
| Construction Support | $0 | $0 | $0 | $0 |
| Road Maintenance | $0 | $0 | $0 | $0 |
| Other User Costs (from Other User sheet) | $0 | $0 | $0 | $0 |
| Other** | | | | $0 |
| **Subtotal "F"** | **$0** | **$0** | **$0** | **$0** |

| Subtotal Operational & Maintenance Costs | Labor [1] | Equipment [2] | Materials [3] | Total |
|---|---|---|---|---|
| **Subtotal A through F** | **$13,495** | **$12,193** | **$2,678** | **$28,366** |

** Other Operator supplied costs - additional documentation required.

**Closure Cost Estimate**
**Cost Summary**

**Project Name: South Infill Notice**
**Project Date: October 2018**
**Model Version: Version 1.4.1**
**File Name: 3843I.South Infill Notice.RCE.V2.xlsm**

| Indirect Costs | | Include? | Total |
|---|---|---|---|
| 1. Engineering, Design and Construction (ED&C) Plan (7) | | | N/A |
| 2. Contingency (8) | | | N/A |
| 3. Insurance (9) | $202 | | $202 |
| 4. Performance Bond (10) | | | N/A |
| 5. Contractor Profit (11) | | | $2,837 |
| 6. Contract Administration (12) | | | $2,837 |
| 7. Government Indirect Cost (13) | | | $596 |
| **Subtotal Add-On Costs** | | | **$6,472** |
| Total Indirect Costs as % of Direct Cost | | | 23% |
| | | | |
| **GRAND TOTAL** | | | **$34,838** |

| Administrative Cost Rates (%) | | | | | |
|---|---|---|---|---|---|
| | **Cost Ranges for Indirect Cost Percentages** | | | | |
| | <= | <= | <= | > | |
| 1. Engineering, Design and Construction (ED&C) Plan (7) | $1,000,000 | $25,000,000 | | $25,000,000 | Small Plan |
| Variable Rate | 8% | 6% | | 4% | 0% |
| | <= | <= | <= | > | |
| 2. Contingency (8) | $500,000 | $5,000,000 | $50,000,000 | $50,000,000 | Small Plan |
| Variable Rate | 10% | 8% | 6% | 4% | 0% |
| 3. Insurance (9) | 1.5% of labor costs | | | | |
| 4. Bond (10) | 3.0% of the O&M costs if O&M costs are >$100,000 | | | | |
| 5. Contractor Profit (11) | 10% of the O&M costs | | | | |
| | <= | <= | <= | > | |
| 6. Contract Administration (12) | $1,000,000 | $25,000,000 | | $25,000,000 | |
| Variable Rate | 10% | 8% | | 6% | |
| Government Indirect Cost (13) | 21% of contract administration | | | | |

**RECLAMATION COST ESTIMATION SUMMARY SHEET FOOTNOTES**
1. Federal construction contracts require Davis-Bacon wage rates for contracts over $2,000. Wage rate estimates may include base pay, payroll loading
2. The reclamation cost estimate must include the estimated plugging cost of at least one drill hole for each active drill rig in the project area. Where the
3. Miscellaneous items should be itemized on accompanying worksheets.
4. Fluid management should be calculated only when mineral processing activities are involved. Fluid management represents the costs of maintaining
5. Handling of hazardous materials includes the cost of decontaminating, neutralizing, disposing, treating and/or isolating all hazardous materials used.
6. Any mitigation measures required in the Plan of Operations must be included in the reclamation cost estimate. Mitigation may include measures to avoid
7. Engineering, design and construction (ED&C) plans are often necessary to provide details on the reclamation needed to contract for the required work. To
8. A contingency cost is included in the reclamation cost estimation to cover unforeseen cost elements. Calculate the contingency cost as a percentage of the
9. Insurance premiums are calculated at 1.5% of the total labor costs. Enter the premium amount if liability insurance is not included in the itemized unit
10. Federal construction contracts exceeding $100,000 require both a performance and a payment bond (Miller Act, 40 USC 270et seq.). Each bond premium
11. For Federal construction contracts, use 10% of estimated O&M cost for the contractor's profit.
12. To estimate the contract administration cost, use 6 to 10% of the operational and maintenance (O&M) cost. Calculate the contract administration cost as a
13. Government indirect cost rate is 21% of the contract administration costs.

**Closure Cost Estimate**
**Exploration**

Project Name: South Infill Notice- Notice or Exploration
Date of Submittal: October 2018
File Name: 3843\South Infill Notice.RCE.V2.xlsm
Model Version: Version 1.4.1
Cost Data: User Data
Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm
Cost Estimate Type: Surety    Cost Basis: S. Nevada Notice Level

### Exploration - Cost Summary

| | Labor | Equipment | Materials | Totals |
|---|---|---|---|---|
| Hole Abandonment Costs | $1,698 | $3,329 | $739 | $5,766 |
| Trench Backfilling Costs | $0 | $0 | | $0 |
| Subtotal Earthworks | $1,698 | $3,329 | $739 | $5,766 |
| Trench Revegetation Costs | $0 | $0 | | $0 |
| TOTALS | $1,698 | $3,329 | $739 | $5,766 |

### Exploration Drillhole Abandonment - User Input

| Facility Description | | | Hole Plugging | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description (required) | ID Code | Hole Type (select) | Diameter in | Total Number of Holes | Total Cuttings Volume cy | Max Holes Open at One Time | Casing to Remove ft | Average Depth of Hole[1] ft | Depth to Water ft.tbs | Hole Plug Method (select) |
| 1 Open Drill Hole | | Reverse Circ. | 6.0 | 48.0 | | 2.0 | 0.0 | 1,000.0 | 100.0 | Grout + Backfill |

Notes:
1. If core holes are pre-drilled, use length of hole below pre-drilled length
2. If Top Plug is selected, assumes maximum 1/2hr laborer time to place plug and backfill with cuttings/soil (including move-to/set up time).
Up to two holes will be open at any given time
Assuming an average of two holes drilled per pad (2*24=48)

### Exploration Trenches - User Input

| Facility Description | | Trench Parameters | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description (required) | ID Code | Trench Length ft | Trench Depth ft | Trench Bottom Width ft | Total Cuttings Volume cy | Trench Sideslope Angle degrees | Additional Hrs for Walk-in[1] hr | Total Drillhole Abandon. Hours[1,7] hrs |
| 1 | | | | | | | | |

Notes:
1. Include one-way hours necessary to walk equipment in from drop-off point to work area
2. Material Types are used for density correction based on material densities in Caterpillar Performance Handbook material density table

### Exploration Drillhole Abandonment

| Description (required) | Void/root of depth ft | Hole Plugging Material[1] (select) | Total Grout Volume[2] cy | Total Cuttings Volume[3,4] cy | Total Top Seal Volume[3,4] cy | Casing Removal Labor Cost[5] $ | Casing Removal Equipment Cost $ | Backfill Material (select) | Cut Material Type (select) | Backfill Material Cost[5] $ | Casing Removal Equipment Cost $ | Plugging Labor Cost $ | Backfilling Feet $ | Plugging Equipment Cost $ | Seed Mix (select) | Mulch (select) | Plugging Material Cost $ | Fertilizer (select) | Top Seal Material Cost[5,6] $ | Total Cost[7] $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Open Drill Hole | 0.200 | Grout + Cuttings | 8.80 | 0.22 | 0.19 | $0 | $0 | | | $0 | $0 | $1,698 | | $3,329 | | | $725 | | $14 | $5,766 |
| | | | 8.80 | 0.22 | 0.19 | | $0 | | | $0 | | $1,698 | | $3,329 | | | $725 | | $14 | $5,766 |

Notes:
1. Assumes grout backfill from bottom of hole to 50' (15.24m) above static water level; up to 10' (3m) from top of hole
2. Assumes 25% loss to formation for grout backfill
3. If 'Top Plug' hole plug method is used, assumes physical plug installed without backfill, grout or cement. Not available option for Nevada projects
4. Assumes top 20' (6 m) of hole is plugged with cement if "Grout Only", "Backfill + Grout", or "Cement Plug" hole plug method are chosen.
5. Assumes that a) casing is not cemented entire length, b) does not include temporary surface casing
6. Assumes minimum 1 hr per hole for abandonment (excluding move-to and casing removal)
7. Assumes fixed hours per hole for setup & tear-down and moving between holes (see Productivity Sheet) per drill hole (includes rig time if grouting required, labor crew only if cuttings backfill only)

# Closure Cost Estimate
## Expl. Roads & Pads

Project Name: South Infill Notice- Notice or Exploration
Date of Submittal: October 2018
File Name: 3843I.South Infill Notice.RCEV2.xlsm
Model Version: Version 1.4.1
Cost Data: User Data
Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm
Cost Basis: S. Nevada Notice Level
Cost Estimate Type: Surety

### Exploration Roads & Pads - Cost Summary

| | Labor | Equipment | Materials | Totals |
|---|---|---|---|---|
| Grading Costs | $2,861 | $4,432 | N/A | $7,293 |
| Cover Placement Cost | $0 | $0 | N/A | $0 |
| Ripping/Scarifying Cost | $0 | $0 | N/A | $0 |
| Subtotal Earthworks | $2,861 | $4,432 | | $7,293 |
| Revegetation Cost | $576 | $219 | $1,757 | $2,552 |
| TOTALS | $3,437 | $4,651 | $1,757 | $9,845 |

### Exploration Roads & Pads - User Input

You must fill in ALL green cells and relevant blue cells in this section for each road

| | Facility Description | | | | | | | Physical (1) - MANDATORY | | | | | | User Overrides | | Growth Media | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description (required) | ID Code | Underlying Ground Slope % grade | Ungraded Slope H:1V | Cut Slope degrees | Road + Drill Pad Length ft | Road Width ft | Number of Drill Pads | Individual Sump Volume cy | Drill Pad Width ft | Drill Pad Length ft | Slope Replacement Percent % | Regrade Volume (if calculated elsewhere) cy | Disturbed Area (if calculated elsewhere) acres | Growth Media Thickness in | Distance to Growth Media Stockpile ft | Slope from Road to Stockpile % grade |
| 1 As-Built Surface Disturbance from NVN-095945 | | 15.0 | 1.3 | 35.0 | 5,405 | 12.0 | 8 | 0 | 58.0 | 61 | 100% | | | | | |
| 2 Planned Water Bladder Laydown Area | | 5.0 | 1.3 | 35.0 | 61 | 0.0 | 1 | 0 | 50.0 | 61 | 100% | | 2.01 | | | |
| 3 Planned Constructed Roads and Drill Sites | | 15.0 | 1.3 | 35.0 | 4,044 | 12.0 | 24 | 52 | 50.0 | 50 | 100% | | | | | |

Notes:
1. All Physical parameters must be input even if manual overrides for volume or area are used.
2. Slope replacement refers to the percentage of cut volume replaced during regrading.
3. If Slope from facility to borrow source is >20, downhill travel time may be underestimated due to limitation of uphill travel time curves and downhill speed tables from CAT Handbook (see Productivity Sheet)
4. Sump volume will be applied to all roads on slopes <20%. On slopes >20% pad width (i.e. cut volume) should be adequate to account for sump volume.

### Exploration Roads & Pads - User Input (cont.)

You must fill in ALL green cells and relevant blue cells in this section for each road

| | Grading | | | | Growth Media | | | Revegetation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description (required) | Regrade Material Condition (select) | Cut Material Type (select) | Reconstructing Equipment Fleet (select) | Additional Hrs for Walk-in (1) | Growth Media Material Type (select) | Growth Media Placement Equipment Fleet (select) | Maximum Fleet Size (user override) | Seed Mix (select) | Mulch (select) | Fertilizer (select) | Scarifying/ Ripping? (select) | Ripping Feet (select) |
| 1 As-Built Surface Disturbance from NVN-095945 | 1 | LS - broken | Small Dozer | 1.0 | | | | Mix 3 | None | None | No | |
| 2 Planned Water Bladder Laydown Area | 1 | LS - broken | Small Dozer | | | | | Mix 3 | None | None | No | |
| 3 Planned Constructed Roads and Drill Sites | 1 | LS - broken | Small Dozer | | | | | Mix 3 | None | None | No | |

Notes:
1. Include one way hours necessary to walk equipment in from drop-off point to work area
2. Material Types are used for density correction based on material densities in Caterpillar Performance Handbook material density table

SRCE Software All Rights Reserved

Closure Cost Estimate
Expl. Roads & Pads

**Project Name: South Infill Notice- Notice or Exploration**
**Date of Submittal: October 2018**
**File Name: 3843LSouth Infill Notice.RCEV2.xlsm**
**Model Version: Version 1.4.1**
**Cost Data: User Data**
**Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm**
**Cost Estimate Type: Surety    Cost Basis: S. Nevada Notice Level**

**Exploration Roads & Pads - Cost Summary**

| | | Labor | Equipment | Materials | Totals |
|---|---|---|---|---|---|
| Grading Costs | | $2,861 | $4,432 | N/A | $7,293 |
| Cover Placement Cost | | $0 | $0 | N/A | $0 |
| Ripping/Scarifying Cost | | $0 | $0 | N/A | $0 |
| | Subtotal Earthworks | $2,861 | $4,432 | | $7,293 |
| Revegetation Cost | | $576 | $219 | $1,757 | $2,552 |
| | TOTALS | $3,437 | $4,651 | $1,757 | $9,845 |

**Exploration Roads & Pads - Calculations**

**Regrading Volume and Footprint Volume**



Disturbed slope length = $c_1 + c_2 + c_3$
Disturbed footprint width = Disturbed slope length x cos(Original slope)
Disturbed slope area = Disturbed slope length x Road length
Disturbed footprint area = Disturbed footprint width x Road length
Assumes 20% swell

**Figure 1 - Regrading Volume Calculation**

Swell Factor:    1.2

**Ripping/Scarifying Calculations**

Will not allow dozer for slopes greater than 30%
For dozer regrading push distance = road width
Assumes dozer push is uphill
Assumes maximum push distance of 100 ft

**Revegetation Calculations**

Minimum 1 h ripping/scarifying time per area
Number of passes = Final slope length / Grader width
Travel distance = Number of passes x Road length
Total hours = (Travel distance × Grader productivity) × (Number of passes × Grader maneuver time)
For dozer regrading assumes push distance = 3 x road width

Minimum of 1 acre crew time per area

10/16/2018
Copyright 2015 - Some
xxxxxxxxx

Expl. Roads & Pads

Closure Cost Estimate
Expl. Roads & Pads

**Project Name: South Infill Notice- Notice or Exploration**
**Date of Submittal: October 2018**
**File Name: 3843I.South Infill Notice.RCE.V2.xlsm**
**Model Version: Version 1.4.1**
**Cost Data: User Data**
**Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm**
**Cost Estimate Type: Surety    Cost Basis: S. Nevada Notice Level**

### Exploration Roads & Pads - Cost Summary

| | Labor | Equipment | Materials | Totals |
|---|---|---|---|---|
| Grading Costs | $2,861 | $4,432 | N/A | $7,293 |
| Cover Placement Cost | $0 | $0 | N/A | $0 |
| Ripping/Scarifying Cost | $0 | $0 | N/A | $0 |
| Subtotal Earthworks | $2,861 | $4,432 | N/A | $7,293 |
| Revegetation Cost | $576 | $219 | $1,757 | $2,552 |
| TOTALS | $3,437 | $4,651 | $1,757 | $9,845 |

## Inputting Exploration Roads and Drill Pads



EXAMPLE: Drill road with two drill pads:

Road width = 15           Road length = 800
Drill pad width = 30      Drill pad length = 100

1) Total road length = Road length + (number of drill pads × end pad length)
                = 1000

   Total road length = 800 × (2 × 100)
                = 1000

2) Enter road length = 1000
3) Enter road and drill pad widths
4) Enter number of pads = 2
5) Enter length of end pad = 100

Expl. Roads & Pads

Page 7 of 14

10/16/2018

Closure Cost Estimate
Expl. Roads & Pads

**Project Name: South Infill Notice - Notice or Exploration**
**Date of Submittal: October 2018**
**File Name: 3843I.South Infill Notice.RCE.V2.xlsm**
**Model Version: Version 1.4.1**
**Cost Data: User Data**
**Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm**
**Cost Estimate Type: Surety    Cost Basis: S. Nevada Notice Level**

### Exploration Roads & Pads - Cost Summary

| | Labor | Equipment | Materials | Totals |
|---|---|---|---|---|
| Grading Costs | $2,861 | $4,432 | N/A | $7,293 |
| Cover Placement Cost | $0 | $0 | N/A | $0 |
| Ripping/Scarifying Cost | $0 | $0 | N/A | $0 |
| Subtotal Earthworks | $2,861 | $4,432 | | $7,293 |
| Revegetation Cost | $576 | $219 | $1,757 | $2,552 |
| TOTALS | $3,437 | $4,651 | $1,757 | $9,845 |

### Exploration Roads & Pads - Regrading Costs

| | Description (required) | Total Road Length ft | Total Drill Pad Length ft | Regrading Volume cy | Recontouring Fleet | Equipment Productivity cy/hr | Total Equipment Hours [1] hr | Total Labor Cost $ | Total Equipment Cost $ | Total Regrading Cost $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | As-Built Surface Disturbance from NVN-095045 | 4,917 | 488 | 2,241 | DNR | 68 | 14 | $1,027 | $1,591 | $2,618 |
| 2 | Planned Water Bladder Laydown Area | 0 | 61 | 41 | DNR | 121 | 1 | $73 | $114 | $187 |
| 3 | Planned Constructed Roads and Drill Sites | 2,844 | 1,200 | 4,500 | DNR | 68 | 24 | $1,761 | $2,727 | $4,488 |
| | TOTALS | 7,761 | 1,749 | 6,782 | | | 39 | $2,861 | $4,432 | $7,293 |

(1) Includes walk-in time based on distance and travel speed (see Productivity sheet for speeds)

### Exploration Roads & Pads - Growth Media Costs

| | Description (required) | Growth Media Volume cy | Growth Media Replacement Fleet | Fleet Productivity LCY/hr | Ripping Hours hrs | Number of Tracks/ Scrapers | Ripping Labor Costs $ | Ripping Equipment Cost $ | Total Fleet Hours | Total Labor Cost $ | Total Ripping Costs $ | Total Equipment Cost $ | Total Growth Media $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | As-Built Surface Disturbance from NVN-095045 | | | | | | | | | $0 | $0 | $0 | $0 |
| 2 | Planned Water Bladder Laydown Area | | | | | | | | | $0 | $0 | $0 | $0 |
| 3 | Planned Constructed Roads and Drill Sites | | | | | | | | | $0 | $0 | $0 | $0 |
| | | | | | | | | | | $0 | $0 | $0 | $0 |

### Exploration Roads & Pads - Scarifying/Revegetation Costs

| | Description (required) | Surface Area acres | Ripping/ Scarifying Fleet | Ripping Hours hrs | Revegetation Labor Cost $ | Revegetation Equipment Cost $ | Revegetation Material Cost $ | Total Revegetation Cost $ |
|---|---|---|---|---|---|---|---|---|
| 1 | As-Built Surface Disturbance from NVN-095045 | 2.01 | | | $201 | $100 | $730 | $1,007 |
| 2 | Planned Water Bladder Laydown Area | 0.08 | | | $100 | $38 | $29 | $167 |
| 3 | Planned Constructed Roads and Drill Sites | 2.75 | | | $275 | $105 | $998 | $1,378 |
| | | 4.84 | | | $576 | $219 | $1,757 | $2,552 |

Expl. Roads & Pads

ce Level

| ent | Materials | Totals |
|---|---|---|
| $0 | $0 | $0 |
| $264 | $6 | $1,036 |
| $264 | $6 | $1,036 |

| Casing Diam in | Average Depth ft bgs | Depth to First Water ft bgs | Original Static Water Level ft bgs | Top of Slotted Casing ft bgs | Blank Casing Below Top of Screen(2) ft | Grout Volume/ Screen(2) ft3 | Type of Pump (if any) (select) | Depth to Pump Volume ft bgs | Hole Plug Method (select) | Casing Volume per ft cf | Perforation Length (3,4) ft | Grout Volume per Hole(5) cy | Cement Volume per Hole(6) cy | Inert Media Volume per Hole(4,5,6) cy | Pump Removal Labor Cost $ | Pump Removal Equip Cost $ | Perf Labor Cost $ | Perf Equip Cost $ | Grout + Cement Labor Cost(8) $ | Grout + Cement Equip Cost(8) $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | $ | $ | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | | $ | $ | $0 | $0 | $0 | $0 |

grouted and perforated from bottom to 50 feet (15.24m) above the top of the screen, or first water encountered or original static water level, depending on vertical hydraulic gradient and well construction parameters. Inert media (cuttings or alluvium) used from top of grout to top seal.

aquifers) or predicted recovered water table (unconfined aquifers) + 50 feet (15.24m) of blank casing above water table

and grouting only required to bottom of sanitary seal.

perforated sections.

3 hours per hole for move and setup. If no perforation required, use standard drill rig

| Casing Diam in | Average Depth ft bgs | Top of Screen(1) ft bgs | Hole Plug Method (select) | Casing Volume per ft ft3 | Grout Volume/ Well(2) ft3 | Cement Volume per Hole(4) cy | Inert Backfill Volume per Hole(5) cy | Total Grouting Hours/ Hole hr | Total Inert Media Hours/ Hole hr | Grout + Cement Labor Cost(6) $ | Grout + Cement Equip Cost(6) $ | Grout + Cement Material Cost $ | Inert Material Labor Cost(7) $ | Inert Material Equip Cost(7) $ | Total Cost $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.0 | 250 | 150 | Cement Plug | 0.090 | | 0.08 | 0.27 | | 3.0 | $0 | $0 | $6 | $766 | $264 | $1,036 |
| | | | | | | | | | | $0 | $0 | $6 | $766 | $264 | $1,036 |

ve the top of the screen (see note 1).

aquifers) or the depth of first water encountered (in confined aquifers).

on/or wells are constructed with a seal in the annular space

t up to cement surface plug

3 hours per hole for move and setup (see Productivity Sheet)



Monitor Well

Well Head Protection

Cement Surface Seal

Grout

Well Casing

Bentonite Seal

Original Static Water Level

Well Screen

Gravel Pack

Cap

Grouted overdrill (if any)

## Closure Cost Estimate
### Monitoring

**Project Name:  South Infill Notice- Notice or Exploration**
**Date of Submittal:  October 2018**
**File Name:  3843I.South Infill Notice.RCE.V2.xlsm**
**Model Version: Version 1.4.1**
**Cost Data: User Data**
**Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm**
**Cost Estimate Type: Surety        Cost Basis: S. Nevada Notice Level**

### Reclamation Monitoring & Maintenance - Cost Summary

|  | Labor | Equipment | Lab & Materials | Totals |
|---|---|---|---|---|
| Revegetation Maintenance | $48 | $18 | $176 | $242 |
| Erosion Maintenance | $0 | $0 | N/A | $0 |
| Reclamation Monitoring | $4,100 | $485 | N/A | $4,585 |
| Subtotal Reclamation Monitoring | $4,148 | $503 | $176 | $4,827 |
| Water Quality Monitoring | $0 | $0 | $0 | $0 |
| TOTAL MONITORING | $4,148 | $503 | $176 | $4,827 |

### Reclamation Maintenance

| Description | Total Revegetation Surface Area (1,2) acres | % Area Requiring Reseeding | Seed Mix (select) | Area Requiring Reseeding acres | Seed $/acres | Labor $/acres | Equipment $/acres | Totals $ |
|---|---|---|---|---|---|---|---|---|
| **Revegetation Maintenance** | 5 | 10% | Mix 3 | 0.5 | $363.00 | $100.00 | $38.00 | |
| Labor | | | | | | | | $48 |
| Equipment | | | | | | | | $18 |
| Materials | | | | | | | | $176 |
| Cost/Acre | | | | | | | | $501 |
| | | | | | | | Subtotal | $242 |

Notes:  1) Surface area is NOT the same as footprint disturbance area typically used for permitting purposes.

| | Total Volume Growth Media cy | % Volume Requiring Maintenance | Average Growth Media Placement Cost $/CY | Volume Requiring Replacement cy | | Labor (assume: 25%) $/acres | Equipment (assume: 75%) $/acres | Total $ |
|---|---|---|---|---|---|---|---|---|
| **Erosion Maintenance** | 0 | | $0.00 | 0 | | $0.00 | $0.00 | $0 |

Notes:

### Reclamation Monitoring

| Description | Hrs/Day | Days/Year | Number of Years | Rate $/hr | | |
|---|---|---|---|---|---|---|
| **Field Work** | | | | | | |
| Field Geologist/Engineer | | | | $149.49 | | $0 |
| Range Scientist | 6 | 1 | 3 | $136.68 | | $2,460 |
| **Reporting** | | | | | | |
| Field Geologist/Engineer | | | | $149.49 | | $0 |
| Range Scientist | 4 | 1 | 3 | $136.68 | | $1,640 |
| | | | | | Subtotal | $4,100 |
| **Travel** | | | | | | |
| | Hrs/Trip hr | Trips/Year | Years | Truck Cost $/hr | | |
| Travel | 6 | 1 | 3 | $26.97 | | $485 |
| | | | | | Subtotal | $485 |
| | | | | Total Reclamation Monitoring | | $4,585 |

Notes:

**Closure Cost Estimate**
**Labor Rates**

**Project Name:  South Infill Notice- Notice or Exploration**
**Date of Submittal:  October 2018**
**File Name:  3843I.South Infill Notice.RCE.V2.xlsm**
**Model Version: Version 1.4.1**
**Cost Data: User Data**
**Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm**
**Cost Estimate Type: Surety       Cost Basis: S. Nevada Notice Level**

| Color Code Key | |
|---|---|
| User Input - Direct Input | Direct Input |
| User Input - Pull Down List | Pull Down Selection |
| Program Constant (can override) | Alternate Input |
| Program Calculated Value | Locked Cell - Formula or Reference |

**ZONE ADJUSTMENTS**

| Cost Basis/Project Region | S. Nevada Notice Level | Clark, Esmeralda, Lincoln and Nye Counties |
|---|---|---|
| Power Equipment Operators | >60 miles | $3.50 |
| Truck Drivers | >70 miles | $3.50 |
| Laborers | >50 miles | $3.25 |

**INDIRECT COSTS**

| | |
|---|---|
| Unemployment (%) | 3.00% |
| Retirement/SS/Medicare (%) | 7.65% |
| Workman's Compensation (%) | 0.075 |

**Other Indirects**

| | |
|---|---|
| State Payroll Tax (13) (15),(17), | |
| | |
| | |
| Total Other Indirects | 0.00% |

**HOURLY LABOR RATE TABLE**

| EQUIPMENT TYPE (1) OR JOB DESCRIPTION | Labor Group | Base Rate ($/hr) | Zone Adjustment ($/hr) | Hourly Wage ($/hr) | Fringe ($/hr) | Retirement/ Medicare ($/hr) | Unemployment Insurance ($/hr) | Workman's Compensation ($/hr) | Other Indirect Costs ($/hr) | Total ($/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Equipment Operators ($/hr) (2)** | | | | | | | | | | |
| **Bulldozers** | | | | | | | | | | |
| D6R | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| D6R w/ Winch | | | | | $0.00 | | | | | |
| D7R | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| D8R | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| D9R | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| D10R | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| D11R | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| **Wheeled Dozers** | | | | | | | | | | |
| 824G | | | | | $0.00 | | | | | |
| 834G | | | | | $0.00 | | | | | |
| 844 | | | | | $0.00 | | | | | |
| 854G | | | | | $0.00 | | | | | |
| **Motor Graders** | | | | | | | | | | |
| 120H | Group 10 | $58.85 | $3.50 | $62.35 | $0.00 | $1.87 | $4.77 | $4.68 | $0.00 | $73.67 |
| 14G/H | Group 10 | $58.85 | $3.50 | $62.35 | $0.00 | $1.87 | $4.77 | $4.68 | $0.00 | $73.67 |
| 16G/H | Group 10 | $58.85 | $3.50 | $62.35 | $0.00 | $1.87 | $4.77 | $4.68 | $0.00 | $73.67 |
| 24M | | | | | $0.00 | | | | | |
| **Track Excavators** | | | | | | | | | | |
| 312C | Group 12 | $59.02 | $3.50 | $62.52 | $0.00 | $1.88 | $4.78 | $4.69 | $0.00 | $73.87 |
| 320C | Group 12 | $59.02 | $3.50 | $62.52 | $0.00 | $1.88 | $4.78 | $4.69 | $0.00 | $73.87 |
| 325C | Group 12 | $59.02 | $3.50 | $62.52 | $0.00 | $1.88 | $4.78 | $4.69 | $0.00 | $73.87 |
| 330C | Group 12 | $59.02 | $3.50 | $62.52 | $0.00 | $1.88 | $4.78 | $4.69 | $0.00 | $73.87 |
| 345B | Group 12 | $59.02 | $3.50 | $62.52 | $0.00 | $1.88 | $4.78 | $4.69 | $0.00 | $73.87 |
| 365BL | | | | | $0.00 | | | | | |
| 385BL | Group 12 | $59.02 | $3.50 | $62.52 | $0.00 | $1.88 | $4.78 | $4.69 | $0.00 | $73.87 |
| **Scrapers** | | | | | | | | | | |
| 631G | Group 15 | $59.23 | $3.50 | $62.73 | $0.00 | $1.88 | $4.80 | $4.70 | $0.00 | $74.12 |
| 637G | Group 15 | $59.23 | $3.50 | $62.73 | $0.00 | $1.88 | $4.80 | $4.70 | $0.00 | $74.12 |
| **Wheeled Loaders** | | | | | | | | | | |
| 924G | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 928G | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 950G | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 966G | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 972G | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 980G | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 988G | Group 10 | $58.85 | $3.50 | $62.35 | $0.00 | $1.87 | $4.77 | $4.68 | $0.00 | $73.67 |
| 990 | | | | | $0.00 | | | | | |
| 992G | Group 10 | $58.85 | $3.50 | $62.35 | $0.00 | $1.87 | $4.77 | $4.68 | $0.00 | $73.67 |
| 994D | | | | | $0.00 | | | | | |
| L2350 | | | | | $0.00 | | | | | |
| **Shovels** | | | | | | | | | | |
| PC2000 | | | | | $0.00 | | | | | |
| PC3000 | | | | | $0.00 | | | | | |
| PC4000 | | | | | $0.00 | | | | | |
| PC5500 | | | | | $0.00 | | | | | |
| PC8000 | | | | | $0.00 | | | | | |
| **Hydraulic Hammers** | | | | | | | | | | |
| H-120 (fits 325) | | | | | | | | | | |
| H-160 (fits 345) | | | | | | | | | | |
| H-180 (fits 365/385) | | | | | | | | | | |
| **Demolition Shears** | | | | | | | | | | |
| S340 (fits 322/325/330) | | | | | | | | | | |
| S365 (fits 330/345) | | | | | | | | | | |
| S390 (fits 365/385) | | | | | | | | | | |
| **Demolition Grapples** | | | | | | | | | | |
| G315 (fits 322/325) | | | | | | | | | | |
| G320 (fits 325/330) | | | | | | | | | | |
| G330 (fits 345/365) | | | | | | | | | | |

Closure Cost Estimate
Labor Rates

**Project Name:** South Infill Notice- Notice or Exploration
**Date of Submittal:** October 2018
**File Name:** 3843l.South Infill Notice.RCE.V2.xlsm
**Model Version:** Version 1.4.1
**Cost Data:** User Data
**Cost Data File:** SRCE_Cost_Data_File_1_12_Std_2018.xlsm
**Cost Estimate Type:** Surety       **Cost Basis:** S. Nevada Notice Level

| Color Code Key | |
|---|---|
| User Input - Direct Input | Direct Input |
| User Input - Pull Down List | Pull Down Selection |
| Program Constant (can override) | Alternate Input |
| Program Calculated Value | Locked Cell - Formula or Reference |

## ZONE ADJUSTMENTS

| Cost Basis/Project Region | S. Nevada Notice Level | Clark, Esmeralda, Lincoln and Nye Counties |
|---|---|---|
| Power Equipment Operators | >60 miles | $3.50 |
| Truck Drivers | >70 miles | $3.50 |
| Laborers | >50 miles | $3.25 |

## INDIRECT COSTS

| | |
|---|---|
| Unemployment (%) | 3.00% |
| Retirement/SS/Medicare (%) | 7.65% |
| Workman's Compensation (%) | 0.075 |

**Other Indirects**

| | |
|---|---|
| State Payroll Tax (13),(15),(17). | |
| | |
| | |
| **Total Other Indirects** | **0.00%** |

## HOURLY LABOR RATE TABLE

### Other Equipment

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 420D 4WD Backhoe | Group 4 | $58.40 | $3.50 | $61.90 | $0.00 | $1.86 | $4.74 | $4.64 | $0.00 | $73.13 |
| 428D 4WD Backhoe | Group 4 | $58.40 | $3.50 | $61.90 | $0.00 | $1.86 | $4.74 | $4.64 | $0.00 | $73.13 |
| CS533E Vibratory Roller | Group 4 | $58.40 | $3.50 | $61.90 | $0.00 | $1.86 | $4.74 | $4.64 | $0.00 | $73.13 |
| CS533E Vibratory Roller | | | | | $0.00 | | | | |
| CP533E Sheepsfoot Compactor | | | | | $0.00 | | | | |
| CP633E Sheepsfoot Compactor | | | | | $0.00 | | | | |
| Light Truck - 1.5 Ton | | | | | $0.00 | | | | |
| Supervisor's Truck | | | | | $0.00 | | | | |
| Flatbed Truck | | | | | $0.00 | | | | |
| Air Compressor + tools | Group 1 | $55.67 | $3.50 | $59.17 | $0.00 | $1.78 | $4.53 | $4.44 | $0.00 | $69.91 |
| Welding Equipment | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| Heavy Duty Drill Rig | Group 2 | $56.62 | $3.50 | $60.12 | $0.00 | $1.80 | $4.60 | $4.51 | $0.00 | $71.03 |
| Pump (plugging) Drill Rig | Group 2 | $56.62 | $3.50 | $60.12 | $0.00 | $1.80 | $4.60 | $4.51 | $0.00 | $71.03 |
| Concrete Pump | | | | | $0.00 | | | | |
| Gas Engine Vibrator | Group 6 | $58.62 | $3.50 | $62.12 | $0.00 | $1.86 | $4.75 | $4.66 | $0.00 | $73.39 |
| Generator 5KW | | | | | $0.00 | | | | |
| HDEP Welder (pipe or liner) | | | | | $0.00 | | | | |
| 5 Ton Crane | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 20 Ton Crane | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 50 Ton Crane | Group 8 | $58.73 | $3.50 | $62.23 | $0.00 | $1.87 | $4.76 | $4.67 | $0.00 | $73.52 |
| 120 Ton Crane | | | | | $0.00 | | | | |

**NOTES:**

| | |
|---|---|
| (1) Equipment Type | Caterpillar model or equivalent, LeTourneau |
| (2) Equipment Operator Source | D-B NV180034 01/05/2018 |
| (3) Zone Basis | From Las Vegas City Hall |

### Truck Drivers ($/hr) (4)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 725 | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 730 | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 735 | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 740 | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 769D | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 773E | | | | | $0.00 | | | | |
| 777D | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 785C | | | | | $0.00 | | | | |
| 793C | | | | | $0.00 | | | | |
| 797B | | | | | $0.00 | | | | |
| 613E (5,000 gal) Water Wagon | Group 3 | $46.44 | $3.50 | $49.94 | $0.00 | $1.50 | $3.82 | $3.75 | $0.00 | $59.00 |
| 621E (8,000 gal) Water Wagon | Group 4 | $46.62 | $3.50 | $50.12 | $0.00 | $1.50 | $3.83 | $3.76 | $0.00 | $59.22 |
| 777D Water Truck | | | | | $0.00 | | | | |
| 785C Water Truck | | | | | $0.00 | | | | |
| Dump Truck (10-12 yd3 ) | Group 2 | $46.23 | $3.50 | $49.73 | $0.00 | $1.49 | $3.80 | $3.73 | $0.00 | $58.76 |

**NOTES:**

| | |
|---|---|
| (4) Truck Driver Source | D-B NV18003401/05/2018 |
| (5) Zone Basis | From Las Vegas City Hall |

**Closure Cost Estimate**
**Labor Rates**

**Project Name:  South Infill Notice- Notice or Exploration**
**Date of Submittal:  October 2018**
**File Name:  3843I.South Infill Notice.RCE.V2.xlsm**
**Model Version: Version 1.4.1**
**Cost Data: User Data**
**Cost Data File: SRCE_Cost_Data_File_1_12_Std_2018.xlsm**
**Cost Estimate Type: Surety        Cost Basis: S. Nevada Notice Level**

| Color Code Key | |
|---|---|
| User Input - Direct Input | Direct Input |
| User Input - Pull Down List | Pull Down Selection |
| Program Constant (can override) | Alternate Input |
| Program Calculated Value | Locked Cell - Formula or Reference |

| ZONE ADJUSTMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cost Basis/Project Region | S. Nevada Notice Level | Clark, Esmeralda, Lincoln and Nye Counties | | | | | | |
| Power Equipment Operators | >60 miles | $3.50 | | | | | | |
| Truck Drivers | >70 miles | $3.50 | | | | | | |
| Laborers | >50 miles | $3.25 | | | | | | |
| **INDIRECT COSTS** | | | | | | | | |
| Unemployment (%) | 3.00% | | | | | | | |
| Retirement/SS/Medicare (%) | 7.65% | | | | | | | |
| Workman's Compensation (%) | 0.075 | | | | | | | |
| **Other Indirects** | | | | | | | | |
| State Payroll Tax (13),(15),(17) | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Other Indirects** | 0.00% | | | | | | | |

| HOURLY LABOR RATE TABLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Laborers ($/hr) (6,7)** | | | | | | | | | |
| General Laborer | Group 1 | $42.94 | $3.25 | $46.19 | $0.00 | $1.39 | $3.53 | $3.46 | $0.00 | $54.57 |
| Skilled Laborer | Group 3 | $43.25 | $3.25 | $46.50 | $0.00 | $1.40 | $3.56 | $3.49 | $0.00 | $54.94 |
| Driller's Helper | Group 2 | $43.15 | $3.25 | $46.40 | $0.00 | $1.39 | $3.55 | $3.48 | $0.00 | $54.82 |
| Rodmen (reinforcing concrete) | Group 4 | $43.34 | $3.25 | $46.59 | $0.00 | $1.40 | $3.56 | $3.49 | $0.00 | $55.05 |
| Cement finisher | Group 4 | $43.34 | $3.25 | $46.59 | $0.00 | $1.40 | $3.56 | $3.49 | $0.00 | $55.05 |
| Carpenter | | $48.95 | $3.25 | $52.20 | $0.00 | $1.57 | $3.99 | $3.92 | $0.00 | $61.67 |

**NOTES:**

| | |
|---|---|
| (6) Laborer Source | D-B SUNV2011-001 10/1/2010 |
| (7) Carpenter Source | D-B SUNV2011-001 10/1/2010 |
| (8) Zone Basis | From Las Vegas City Hall |

| Project Management and Technical Labor ($/hr) (9) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Project Manager | | $89.44 | | $89.44 | $0.00 | $2.68 | $6.84 | $6.71 | $0.00 | $105.67 |
| Foreman | | $83.81 | | $83.81 | $0.00 | $2.51 | $6.41 | $6.29 | $0.00 | $99.02 |
| Field Geologist/Engineer | | $126.53 | | $126.53 | $0.00 | $3.80 | $9.68 | $9.49 | $0.00 | $149.49 |
| Field Tech/Sampler | | $103.93 | | $103.93 | $0.00 | $3.12 | $7.95 | $7.79 | $0.00 | $122.79 |
| Range Scientist | | $115.68 | | $115.68 | $0.00 | $3.47 | $8.85 | $8.68 | $0.00 | $136.68 |
| Senior Planning Engineer | | | | | $0.00 | | | | | |
| Project Engineer | | | | | $0.00 | | | | | |
| Mechanic/Fitter | | | | | $0.00 | | | | | |
| | | | | | $0.00 | | | | | |
| | | | | | $0.00 | | | | | |
| | | | | | $0.00 | | | | | |
| | | | | | $0.00 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**NOTES:**

| | |
|---|---|
| (9) Project Manager | R.S Means 2018 Q2 (01 31 1320 0200 Total Incl.O&P-10%) Adjusted for Elko, NV |
| (9) Foreman Source | R.S Means 2018 Q2 (01 31 1320 0200 Total Incl.O&P-10%) Adjusted for Elko, NV |
| (9) Technical Labor Source | SRK Consulting 2018 (Total Incl. O&P-10%) Adjusted for Zone,Tax and Ins. |
| Other Labor Source | |
| Other Labor Source | |
| †Additional User Markups | |
| (These are added by the user to the base rate to account for site-specific conditions or corporate requirements) | |

10/15/2018
Copyright 2014-2018
SRCE Please All Rights Reserved

**2018 MOB/DEMOB using R.S. MEANS and SRCE equipment and DAVIS-BACON wages**

| blue font is for project specific user input | Miles from Washoe County Courthouse to project, one way | 293 |
| --- | --- | --- |
| | Miles from equipment rental yard to project, one way (9) | 276 |
| PMU - South Infill Notice - October 2018, Mob from Las Vegas, NV | Hours travel time @ 55 MPH | 5.02 |

| Equipment | Mobilization $/hour (1) | $ Flat Rate load & unload (2) | $/hour Deadhead (empty return cost (3) | Disassembly and assembly (4) | Permit cost $ (5) | Pilot car costs | # of units | One Way Mob Cost | Total Mob and Demob Cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Bulldozers** | | | | | | | | | |
| D6R | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | 1 | $ 1,088 | $ 2,175 |
| D7R | $ 128 | $ 128 | $ 128 | $ - | $ 25 | $ 455 | | $ - | $ - |
| D8R | $ 150 | $ 150 | $ 150 | $ - | $ 25 | $ 633 | | $ - | $ - |
| D9R | $ 150 | $ 150 | $ 150 | $ - | $ 25 | $ 633 | | $ - | $ - |
| D10R | $ 150 | $ 150 | $ 150 | $ 65,940 | $ 25 | $ 950 | | $ - | $ - |
| D11R (two transports) (7) | $ 150 | $ 150 | $ 150 | $ 139,848 | $ 25 | $ 633 | | $ - | $ - |
| **Motor Graders** | | | | | | | | | |
| 14G/H | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| 16G/H | $ 128 | $ 128 | $ 128 | $ - | $ 25 | $ 317 | | $ - | $ - |
| **Track Excavators** | | | | | | | | | |
| 320C | $ 128 | $ 128 | $ 128 | $ - | $ - | $ - | | $ - | $ - |
| 325C | $ 128 | $ 128 | $ 128 | $ - | $ - | $ - | | $ - | $ - |
| 345B | $ 150 | $ 150 | $ 150 | $ - | $ 25 | $ 633 | | $ - | $ - |
| 385BL | $ 150 | $ 150 | $ 150 | $ 46,260 | $ 25 | $ 633 | | $ - | $ - |
| **Scrapers** | | | | | | | | | |
| 631G | $ 150 | $ 150 | $ 150 | $ - | $ 25 | $ 633 | | $ - | $ - |
| 637G PP | $ 150 | $ 150 | $ 150 | $ - | $ 25 | $ 633 | | $ - | $ - |
| **Wheeled Loaders** | | | | | | | | | |
| 928G | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| 966G | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| 972G | $ 128 | $ 128 | $ 128 | $ - | $ - | $ - | | $ - | $ - |
| 988G | $ 128 | $ 128 | $ 128 | $ - | $ 25 | $ 317 | | $ - | $ - |
| 992E (two transports) (7) | $ 150 | $ 150 | $ 150 | $ 76,440 | $ 25 | $ 633 | | $ - | $ - |
| **Hydraulic Hammers** | | | | | | | | | |
| H-120 (fits 325) no charge, mobilize with mach | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - |
| H-160 (fits 345) no charge, mobilize with mach | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - |
| H-180 (fits 365/385) no charge, mobilize with | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - |
| **Other Equipment** | | | | | | | | | |
| 420D 4WD Backhoe | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| CS563E Vibratory Roller | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| Light Truck - 1.5 Ton | $ 63 | $ 63 | $ - | $ - | $ - | $ - | | $ - | $ - |
| Supervisor's Truck | $ 56 | $ 56 | $ - | $ - | $ - | $ - | | $ - | $ - |
| Air Compressor + tools | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| Welding Equipment | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| Heavy Duty Drill Rig | $ 392 | $ 392 | $ - | $ - | $ - | $ - | | $ - | $ - |
| Pump (plugging) Drill Rig | $ 392 | $ 392 | $ - | $ - | $ - | $ - | 1 | $ 2,358 | $ 4,717 |
| Concrete Pump | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| Gas Engine Vibrator | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| Generator 5KW | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| HDEP Welder (pipe or liner) | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| 5 Ton Crane Truck | $ 94 | $ 94 | $ - | $ - | $ - | $ - | | $ - | $ - |
| 25 Ton Crane | $ 135 | $ 135 | $ - | $ - | $ - | $ - | | $ - | $ - |
| **Trucks** | | | | | | | | | |
| 725 | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| 740 | $ 128 | $ 128 | $ 128 | $ - | $ 25 | $ 317 | | $ - | $ - |
| 769D | $ 128 | $ 128 | $ 128 | $ - | $ 25 | $ 633 | | $ - | $ - |
| 777D (two transports) (8) | $ 150 | $ 150 | $ 150 | $ 73,452 | $ 25 | $ 950 | | $ - | $ - |
| 613E (5,000 gal) Water Wagon | $ 150 | $ 150 | $ 150 | $ - | $ - | $ - | | $ - | $ - |
| 621E (8,000 gal) Water Wagon | $ 150 | $ 150 | $ 150 | $ - | $ 25 | $ 633 | | $ - | $ - |
| Dump Truck (10-12 yd³) | $ 112 | $ 112 | $ 112 | $ - | $ - | $ - | | $ - | $ - |
| **Miscellaneous** | | | | | | | | | |
| Equipment for dry hole abandonment (420D 4WD | $ 99 | $ 99 | $ 99 | $ - | $ - | $ - | | $ - | $ - |
| Pilot car (Light Truck) | $ 56 | $ 56 | $ 56 | $ - | $ - | $ - | | $ - | $ - |
| Truck Tractor + Lowbed Trailer 75 ton | $ 150 | $ 150 | $ 150 | $ - | $ - | $ - | | $ - | $ - |
| Truck Tractor + Flatbed Trailer 40 ton | $ 128 | $ 128 | $ 128 | $ - | $ - | $ - | | $ - | $ - |
| Light Truck + Flatbed Trailer 25 ton | $ 78 | $ 78 | $ 78 | $ - | $ - | $ - | | $ - | $ - |
| | | | | | | | 2 | | $ 6,892 |

**Footnotes and explanations of assumptions**

(1) The sum of the cost of equipment from either the SRCE or RSM equipment tab plus Davis-Bacon labor tab

(2) Assumes minimum of 30 minutes load and secure and 30 minutes unsecure and unload machine.

(3) No "Deadhead" (empty) charge for Mob up to 50 miles. More than 50 miles the cost of deadhead same rate as loaded miles.

(4) Only large equipment requires disassembly for transport. Includes cost of mechanic + mechanic's truck + crane operator + crane

(5) Nevada Dept. of Transportation overdimensional permits are $25 per trip or $60 per year.

(6) Sum of mobilization plus all ancillary costs for one way loaded and return empty

(7) Two transports are required but the second transport does not need pilot cars or permits or a heavy duty trailer.

(8) Two transports required with both requiring full complement of pilot cars and permits.

(9) For large mining operations, mobilization may be required from more than one location. For example, the Elko yard may not have four 631 scrapers. Additional equipment may need to mobilize from Reno, Las Vegas, or Salt Lake City. Input the further distance here.

(10) Pilot Car costs based on SRCE light truck costs and Davis-Bacon wages

(11) SRCE costs based on July 2018 vendor quotes.

(12) RS Means costs based on R.S. Means Heavy Construction Cost Data, 2018  Q2

(13) Davis Bacon wages based on  2018 determination.