# EXHIBIT F

# EXHIBIT F



December 5, 2019

Via email and regular mail

Mr. Perry Wickham
Bureau of Land Management
Tonopah Field Office
P.O. Box 911 (1553 South Main Street)
Tonopah, Nevada 89049-0911

Re: NVN-097202 Ioneer USA Corporation - Rhyolite Ridge Exploration Project

Dear Mr. Wickham:

By this correspondence, Ioneer USA Corporation (Ioneer) notifies the Tonopah Office of the Bureau of Land Management (BLM) that Ioneer has ceased all operations under the above-mentioned Notice. Ioneer understands that BLM can order reclamation under 43 C.F.R. Section 3809.335b. This cessation notice is being provided pursuant to 43 C.F.R. Section 3809.332.

Please call me if you have any questions regarding this correspondence.

Regards,


Matt Weaver
Senior Vice President Operations