# EXHIBIT H

EXHIBIT H



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Tonopah Field Office
P.O. Box 911 (1553 South Main Street)
Tonopah, Nevada 89049
Phone: 775-482-7800     Fax: 775-482-7810
https://www.blm.gov/nevada

In Reply Refer To:
N-97262
3809 (NVB02108)

**MAR 1 8 2019**



CERTIFIED MAIL – RETURN RECEIPT REQUESTED 7018 1130 0001 6220 6970

Ioneer USA Corp.
Matt Weaver, Senior VP
241 Ridge St., #210
Reno, NV 89501

**R E C E I V E D**

**MAR 25 2019**

EM STRATEGIES
ELKO

Mr. Weaver,

The amended notice for the South Infill Basin Exploration Project, Esmeralda County, Nevada, included a bulk material excavation in SW ¼ SE ¼, Section 27, T.1 S. R. 37 E., Mount Diablo Meridian. Bureau of Land Management (BLM) Tonopah Field Office (TFO) staff members met with Mark Travis, New Fields Project Geologist, in person, and Kris Kuyper, EM Strategies Biology Program Manager, by telephone, on March 12, 2019 to discuss conditions upon which the sampling could take place.

Enclosed with this letter are conditions for which the bulk sampling may take place. Please read and follow these conditions to maintain compliance with 43 CFR 3809.421.

The BLM's review of the excavation proposal does not relieve you, the operator, of your responsibility to be in compliance with all applicable Federal, State and local laws and regulations, and to obtain all applicable Federal, State and local authorizations and permits. You are responsible for preventing any unnecessary or undue degradation of public lands and resources, and for reclaiming all lands disturbed by your operations.

If you have any questions, please contact Earl C. Numinen, Assistant Field Manager, Non-Renewable Resources, at (775) 482-7800.

**Earl C. Numinen**

Timothy J. Coward
Field Manager

Enclosures

## N-97262 — South Infill Basin Exploration Project
### Biological Resource Conditions

Ioneer USA Corp. (the Operator) has requested a bulk material excavation in SW ¼ SE ¼, Section 27, T.1 S. R. 37 E., Mount Diablo Meridian, on public lands managed by Bureau of Land Management (BLM) Tonopah Field Office (TFO), as part of exploration under their Notice of Intent, specified above. This location was specifically chosen because of its proximity to an access road and geologic units of interest for off-site laboratory testing. Upon review of the excavation location, TFO staff members identified the general location to be at or near a BLM Special Status Plant Species, Tiehm buckwheat. In addition, several other BLM Special Status Plant Species could be present in the area (EM Strategies 2018 Pre-field Work Baseline Biological Survey) including:

- Eastwood milkweed
- Currant mikvetch
- Beatley buckwheat
- Homgren lupine
- Candelaria blazing star
- Pahute beardtongue
- Tonopah pincushion
- Railroad Valley Globemallow

BLM Tonopah Field Office (TFO) staff members met with Mark Travis, Project Geologist, and Kris Kuyper, Biology Program Manager, on March 12, 2019 to discuss conditions upon which the sampling could take place. The following are preventive measures that the Operator will take to prevent unnecessary or undue degradation to the land and the sensitive plants.

1. The Operator shall mark the maximum pit location, according to their exploration needs, using the dimensions of the trench/pit and adding sufficient distance to obtain a 3:1 horizontal to vertical slope on all sides.
2. The Operator shall mark the access route the equipment will take to get to the sample location and any other areas that may be disturbed by the sampling process.
3. BLM staff members will inspect the flagged area to determine if there are any plant species present.
4. If any plant species are present, BLM will delay any ground disturbance or sampling until the plant blooming periods have started, this will aid in the identification of special status species. The Operator may choose a different sampling location to fulfill their needs, using #1 & #2 above to indicate the new location and notify BLM.
5. If special status plant species are present, the TFO Field Manager will consult with staff members to do one of the following:
   a. Allow excavation in all of the flagged area.
   b. Allow excavation in a portion or none of the flagged area.
   c. Consider excavation at another different location.
   d. Not allow excavation.
6. If no plant species are present, BLM will allow the excavation immediately by notifying the Operator of its findings by email or telephone. All other conditions of the notice remain in effect.

The Operator is informed that disturbance must be contained to the areas that were staked, inspected and allowed as part of the surface disturbance area. Disturbance outside of the allowed area, other than previously authorized, may cause unnecessary or undue degradation and in accordance with 43 CFR 3809.421, the Operator is legally required to prevent unnecessary or undue degradation.