Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org
(admitted pro hac vice)
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant,<br><br>and<br><br>IONEER USA CORPORATION,<br><br>Defendant-Intervenor. | Case No.: 2:19-cv-01915-GMN-EJY<br><br>**STIPULATED AGREEMENT AND THIRD EXTENSION OF DEADLINES [ECF NO. 25] TO FACILITATE SETTLEMENT DISCUSSIONS** |

Plaintiff Center for Biological Diversity ("the Center"), Federal Defendant United States Bureau of Land Management ("BLM"), and Defendant-Intervenor Ioneer USA Corporation ("Ioneer") (collectively the "Parties") agree and stipulate as follows:

**WHEREAS**, the Parties previously submitted a Stipulated Agreement and Briefing Schedule for Motion for Preliminary Injunction and [Proposed] Order [ECF No. 9]

**WHEREAS,** the Parties previously agreed to extensions of the previous deadlines [ECF Nos. 18, 24].

**WHEREAS**, the Court approved the Parties' stipulation to extend the briefing deadline to facilitate settlement discussions [ECF No. 25].

**WHEREAS**, the Parties have engaged in earnest settlement discussion but require additional time to reach a final settlement, the Parties seek a third extension of the briefing deadline [ECF No. 25], to facilitate settlement discussions that would serve the interests of preserving judicial and the parties' resources.

**WHEREAS**, the Parties also seek an extension of answer deadlines to facilitate settlement discussions that would serve the interests of preserving judicial and the parties' resources.

**THEREFORE**, the Parties agree and stipulate:

1. If the Parties are unable to reach a settlement, the Center will file its reply to BLM's and Ioneer's responses to the Center's motion for a preliminary injunction on or before January 3, 2020.

2. If the Parties are unable to reach a settlement, the BLM and Ioneer will file their answers to the Center's complaint on or before February 14, 2020.

3. The Parties respectfully request that the Court set an argument date on the Center's motion for a preliminary injunction as early thereafter as possible.

DATED this 20th day of December, 2019.

| | |
|---|---|
| /s/E. Leif Reid | /s/Michelle-Ann C. Williams |
| E. LEIF REID<br>Nevada Bar No. 5750<br>JOSH M. REID<br>Nevada Bar No. 7497<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br><br>SVEND A. BRANDT-ERICHSEN<br>Admitted Pro Hac Vice<br>NOSSAMAN LLP<br>719 Second Avenue, Suite 1200<br>Seattle, WA 98104<br><br>*Counsel for Intervenor Ioneer USA Corporation* | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>MICHELLE-ANN C. WILLIAMS<br>Trial Attorney (MD Bar)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br><br>*Counsel for Federal Defendants* |

*/s/Allison N. Melton*
Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org
(admitted pro hac vice)
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

Dated this  23  day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT