**Exhibit 1**

**Stipulation Between Plaintiff Center for Biological Diversity and Defendant-Intervenor Ioneer for Withdrawal of Motion for Preliminary Injunction and Dismissal of 19-cv-01915-GMN-EJY**

110036810.1

Christopher W. Mixson, Esq. (Nev. Bar No. 10685)
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
5594-B Longley Ln.
Reno, NV 89511
(775) 853-6787
cmixson@wrslawyers.com

Allison N. Melton (CO Bar No. 45088), *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org

*Attorneys for Plaintiff*
*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant,<br><br>and<br><br>IONEER USA CORPORATION,<br><br>Defendant-Intervenor. | Case No.: 2:19-cv-01915-GMN-EJY<br><br>**EXHIBIT 1 - AGREEMENT BETWEEN PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY AND DEFENDANT-INTERENOR IONEER** |

2

110036810.1

This Exhibit memorializes an agreement reached between Plaintiff Center for Biological Diversity ("the Center") and Intervenor-Defendant, Ioneer USA Corporation ("Ioneer") in 19-cv-01915-GMN-EJY.  This agreement is referenced in the Center's withdrawal of its motion for preliminary injunction (ECF No. 10) and voluntary dismissal.

In exchange for the Center withdrawing its motion for preliminary injunction and voluntarily dismissing this case, 19-cv-01915-GMN-EJY, Ioneer agrees to provide the Center with concurrent notice of any 43 C.F.R. Part 3809 exploration notice or plan of operations that is submitted to the Bureau of Land Management ("BLM") relating to the Rhyolite Ridge project. This notice will be considered concurrent by Ioneer mailing a copy of any 43 C.F.R. Part 3809 exploration notice or plan of operations to the Center on the same day Ioneer submits its exploration notice or plan of operations to BLM.

Ioneer also agrees to use only hand-held equipment, as opposed to heavy machinery, for reclamation activities within 30 feet of population 5 of the Tiehm's buckwheat (as shown in the map on page 4), which is at coordinates 37.80652, -117.86308 (indicated with a bullseye on the map) (Map A).

In exchange, the Center also agrees that its client(s) will not drive on the road as identified by a black line in the map below (Map A) that will be reclaimed.  The Center also agrees that its client(s) will review the safety plan and agree to familiarize themselves with it and as an accommodation, to be cognizant of its terms if/when visits are made to the areas under reclamation for ground disturbance that occurred from the South Infill and Rhyolite Ridge exploration projects; but the Center's client(s) are not bound by the terms of Ioneer's safety plan.



Map A

For Plaintiff, Center for Biological Diversity:

Signed this 3rd of January 2020

*/s/Allison N. Melton*
Allison N. Melton

(CO Bar No. 45088)

4

110036810.1

Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org
(*admitted pro hac vice*)
Attorney for Plaintiff

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
(218) 464-0539
mfink@biologicaldiversity.org
(*admitted pro hac vice*)

Roger Flynn (CO Bar No. 21078)
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org
(*admitted pro hac vice*)

Christopher W. Mixson, Esq. (Nev. Bar No. 10685)
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
5594-B Longley Ln.
Reno, NV 89511
(775) 853-6787
cmixson@wrslawyers.com

*Attorneys for Plaintiff*

For Defendant-Intervenor, Ioneer:

Signed this 3rd of January 2020

*/s/E. Leif Reid*
E. Leif Reid
Nevada Bar No. 5750
JOSH M. REID
Nevada Bar No. 7497
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Attorney for Defendant-Intervenor

5

110036810.1